THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH S. PATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.  2:11-CV-0127 |
| ) | |
| MARY JO WHITE, individually and in her ) | JUDGE SHARP |
| Official capacity as COUNTY CLERK for ) | |
| JACKSON COUNTY; BOARD OF COUNTY ) | JURY DEMAND |
| COMMISSIONERS OF THE COUNTY OF ) | |
| JACKSON; and JACKSON COUNTY, ) | |
| ) | |
| Defendants. ) | |

**"""""""""AGREED ORDER OF COMPROMISE AND DISMISSAL**

Come the parties, as indicated below by the respective signatures of their counsel of record, and announce to the Court that all claims at issue between the parties have been resolved, and the parties hereby submit this Proposed Agreed Order of Compromise and Dismissal based upon the agreement of the parties.

Accordingly, it is **ORDERED, ADJUDGED AND DECREED** that this case is hereby dismissed with prejudice with each party to bear its/her own attorneys' fees incurred in the litigation.

It is so Ordered.

Entered thiu"45tf "f c{ "qh"Cr tkn"42350

_Kevin H. Sharp_
Kevin H. Sharp
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


*/s/ John A. Beam, III*
John A. Beam, III, BPR No. 11796
Andrew C. Cameron, BPR No. 26797
Attorneys for Plaintiff
P.O. Box 280240
709 Taylor Street
Nashville, TN 37228-0240


*/s/ Kathryn W. Olita*
Mark Nolan, BPR No. 015859
Carol M. Joiner, BPR No. 016760
Kathryn W. Olita, BPR No. 023075
Attorney for Defendants
121 South Third Street
Clarksville, Tennessee 37040